STATE of Missouri, Respondent,

v.

John WRIGHT, Appellant.

No. WD 73973.

Missouri Court of Appeals,
Western District.

May 7, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied June
25, 2013.

Mark Hammer, St. Louis, MO, for appellant.

Evan Buchheim, Jefferson City, MO, for respondent.

Before: KAREN KING MITCHELL, P.J., THOMAS H. NEWTON, and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM:

Mr. John Wright appeals his conviction for second-degree murder. He challenges the failure of the trial court to *sua sponte* declare a mistrial, the sufficiency of the evidence, and the overruling of a certain objection.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).